IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 11-00120 |
|---|---|
| **PEDRO A RIVERA MELENDEZ** <br> **WANDA I CRUZ MEDINA** | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust debtors payment schedule and increase the base of the plan.

**WHEREFORE, it is** respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 1st day of March of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                           Case No. **11-00120-13**

**RIVERA MELENDEZ, PEDRO A & CRUZ MEDINA, WANDA I**         Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **1/03/2011**
☐ PRE ☐ POST-CONFIRMATION                 Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **520.00** x **6** = $ **3,120.00**
$ **605.00** x **18** = $ **10,890.00**
$ **690.00** x **12** = $ **8,280.00**
$ **775.00** x **24** = $ **18,600.00**
$ _____ x _____ = $ _____

TOTAL: $ **40,890.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **40,890.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,664.00**

Signed: **/s/ PEDRO A RIVERA MELENDEZ**
         Debtor

        **/s/ WANDA I CRUZ MEDINA**
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **FIRST BANK OF PR**   Cr. _____   Cr. _____
\# **267100**            \# _____       \# _____
$ **25,000.00**   $ _____   $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
\# _____   \# _____   \# _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
\# _____   \# _____   \# _____
$ _____   $ _____   $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**ADM SISTEMA RETII    FIRST BANK OF PR**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies   ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
\# _____   \# _____   \# _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).**

**ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.**

**TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.**

Attorney for Debtor **Jose Prieto** _____ Phone: **(787) 607-2066**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          FIRSTBANK PUERTO RICO                    US Bankruptcy Court District of P.R.
0104-3                                   VAZQUEZ & VIZCARRONDO LLP                U.S. Post Office and Courthouse Building
Case 11-00120-ESL13                      PO BOX 195389                            300 Recinto Sur Street, Room 109
District of Puerto Rico                  SAN JUAN, PR 00919-5389                  San Juan, PR 00901-1964
Old San Juan
Wed Feb 16 15:35:07 AST 2011

ADM SISTEMA RETIRO                       AEELA                                    FIRST BANK OF PR
P O BOX 42003                            P O BOX 364508                           FIA CARD SERVICES
SAN JUAN, PR 00940-2203                  SAN JUAN, PR 00936-4508                  P O BOX 15026
                                                                                  WILMINGTON, DE  19850-5026


FIRST BANK OF PR                         PR ACQUISITIONS LLC                      JOSE M PRIETO CARBALLO
P O BOX 19327                            250 MUNOZ RIVERA AVENUE SUITE 1200       JPC LAW OFFICE
SAN JUAN, PR 00910-1327                  HATO REY PR 00918-1814                   PO BOX 363565
                                                                                  SAN JUAN, PR 00936-3565


JOSE RAMON CARRION MORALES               MONSITA LECAROZ ARRIBAS                  PEDRO A RIVERA MELENDEZ
PO BOX 9023884                           OFFICE OF THE US TRUSTEE (UST)           C40 CALLE 4
SAN JUAN, PR 00902-3884                  OCHOA BUILDING                           EL CONQUISTADOR
                                         500 TANCA STREET  SUITE 301              TRUJILLO ALTO, PR 00976-6410
                                         SAN JUAN, PR 00901-1938


WANDA I CRUZ MEDINA
C40 CALLE 4
EL CONQUISTADOR
TRUJILLO ALTO, PR 00976-6410
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)FIRSTBANK PUERTO RICO                 End of Label Matrix
VAZQUEZ & VIZCARRONDO LLP                Mailable recipients    12
PO BOX 195389                            Bypassed recipients     1
SAN JUAN PR 00919-5389                   Total                  13
```